

**U.S. Department of Justice**

Criminal Division

*Fraud Section*  *Washington, D.C. 20530*

May 17, 2022

**VIA EMAIL AND FEDERAL EXPRESS**

Sam Talkin
40 Exchange Place, 18th Floor
New York, New York 10005
Samt@talkinlaw.com

    Re:    *United States v. Anuli Okeke*, Case No. 22-cr-20 (EDNY)
           Government's Production of Materials #2

Dear Mr. Talkin:

    Please find enclosed the government's second production of discovery in the above-captioned case in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  Also enclosed is a discovery index describing the various materials contained on the produced media.

    The materials are being provided on a USB drive labeled "U.S. v. Okeke – Government Production 2".  The Bates range for the documents being produced to you today is:

           DOJ-0000000001 – DOJ-0000068507

    The materials are encrypted; a case sensitive password will be sent to you via email.  If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

           Sincerely,

    By:    /s/ *Jennifer L. Bilinkas*
           Jennifer L. Bilinkas
           Chand W. Edwards-Balfour
           *Counsel for the United States of America*

Enclosures:
1 USB Drive (via FedEx)

cc:  Clerk of the Court (FB) (by ECF) (without enclosures)